UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 23 CR 277 |
| v. | ) |
| | ) Honorable Mary M. Rowland |
| SHAUNTELE PRIDGEON, et al. | ) |

**JOINT STATUS REPORT**

The government has conferred with counsel for each of the defendants and submits the following status report:

1. <u>Shauntele Pridgeon</u>: Ms. Pridgeon requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

2. <u>Latasha Thomas</u>: Ms. Thomas requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

3. <u>Ronnie Webb</u>: Mr. Webb requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days. Mr. Webb still needs to be arraigned on the superseding indictment.

4. <u>Nikki Giovanini Houston</u>: Ms. Houston is ready to set a change of plea hearing. The parties request the Court set a change of plea hearing in approximately 45 days.

5. <u>Shenita McGary</u>: Ms. McGary requestions additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

6. <u>Sherri Baines</u>: Ms. Baines is ready to set a change of plea hearing. The parties request the Court set a change of plea hearing in approximately 45 days.

7. <u>Keicha Lacey</u>: Ms. Lacey requests additional time to review discovery and consider an application for the SOAR program. The parties agree to another status report in approximately 45 days.

8. <u>Christina Davis:</u> Ms. Davis requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

9. <u>Marissa Terry:</u> Ms. Terry is ready to set a change of plea hearing. The parties request the Court set a change of plea hearing in approximately 45 days.

10. <u>Aramis Collier</u>: Mr. Collier requests additional time to review discovery and prepare a pitch to the government. Mr. Collier's counsel is currently on maternity leave and anticipates availability to pitch the government in approximately December 2024 or January 2025. The parties agree to another status report in approximately 45 days.

11. <u>Aunsheree Nelson</u>: Ms. Nelson requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

12. <u>Romeka Fields</u>: Ms. Fields requests additional time to review discovery and the plea agreement. The parties agree to another status report in approximately 45 days.

All defendants agree to the exclusion of time until their next status report or change of plea hearing.

Date: October 21, 2024                              Respectfully submitted,


                                                    MORRIS PASQUAL
                                                    Acting United States Attorney

                                        By:   */s/ Bradley A. Tucker*
                                              Bradley A. Tucker
                                              Christine M. O'Neill
                                              Assistant United States Attorney
                                              Northern District of Illinois
                                              219 South Dearborn St., Suite 500
                                              Chicago, IL 60604