# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                   Case No.: 1:23−cr−00277

                                                      Honorable Mary M. Rowland

Shauntele Pridgeon, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the joint status report [310]. The court sets two separate in person status hearings. As to defendants Pridgeon, Thomas, Webb, McGary, Lacey, Davis, Collier, Nelson, and Fields, in person status hearing set for 12/5/24 at 10:00 AM. Parties are to be prepared to set firm change of plea dates or set a trial date. A different in person hearing is set for the remaining defendants. In person hearing set for 10/31/24 at 9:30 AM for Houston, Baines, and Terry to set firm change of plea dates. Without objection, time is excluded as to all defendants until 12/5/24 in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7). Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.