# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 2, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-1937 |
| Caption: <br> UNITED STATES OF AMERICA, <br>         Plaintiff - Appellee <br><br> v. <br><br> NIKKI GIOVANINI HOUSTON, <br>         Defendant - Appellant |
| District Court No: 1:23-cr-00277-8 <br> Clerk/Agency Rep Thomas G. Bruton <br> District Judge Mary M. Rowland <br><br> Date NOA filed in District Court: 05/30/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)